United States District Court
Eastern District of Michigan
Southern Division

United States of America
    plantiff

v.

Mubasher Riaz
    defendant

Case No: 2:23-CR-20682

Hon. Sean Cox

## "Motion To Suppress Evidence"

Now comes the defendant, Mubasher Riaz, by and through his Attorney Jean Pierre Nogues pursuant to U.S. Const Amend IV; Federal Rule of Criminal Proceedure 12 (3)(5); Ask this Honorable Court to suppress All evidence obtained from this unlawful search and seizure as fruits-of-A-poisonous-tree-doctrine.

(1). The defendant has a Constitutional right to be free from unlawful search & seizures.

(2). All evidence obtained from this defendant was in violation of his IV Amendment right to the Constitution.

(3). Pursuant to the exclusionary rule, evidence obtained in violation of the IV Amendment must be excluded as fruits-of-A poisonous-tree.

Wherefore the defendant prays, this Honorable Court exclude All evidence obtained in this search as being in violation of the IV amendment right to the Federal Constitution and Dismiss this Case with prejudice.

Respectfully Submitted
Mubasher Riaz

MUBASHER RIAZ
NAME
87495-510
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
14 NOV 2024 PM 4 L

Hon Sean Cox.
Theodore Levin Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226
48226-274099