UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Criminal Case No. 23-20682

MUBASHER MUHAMMAD RIAZ,           Honorable Sean F. Cox

    Defendant.

_____/

## ORDER STRIKING DOCKET ENTRY NO. 31

    Defendant Mubasher Muhammad Riaz ("Defendant") is currently represented in this action by counsel.  Nevertheless, purporting to act *pro se*, Defendant filed a Motion to Suppress Evidence.  (ECF No. 31).

    Since Defendant has counsel, Defendant is attempting to proceed in a "hybrid" fashion, both through his counsel and *pro se* by way of his motion.  *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984).  Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, the right of self-representation does not include the right to proceed in a hybrid manner.  *McKaskle*, 465 U.S. at 183; *see also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987).  This Court will not allow Defendant to proceed in a hybrid manner in this action will therefore strike Defendant's *pro se* submission, Docket Entry No. 31.  Defendant may seek relief from this Court through his counsel.

    Accordingly, **IT IS ORDERED** that Docket Entry No. 31 is hereby **STRICKEN**.

    **IT IS SO ORDERED.**

                                              <u>s/Sean F. Cox</u>
                                              Sean F. Cox
                                              United States District Judge

Dated:  December 4, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 4, 2024, by electronic and/or ordinary mail.

                                              <u>s/Jennifer McCoy</u>
                                              Case Manager